**Felix DAVIS, Appellant,**

**v. ·**

**The STATE of Texas, Appellee.**

**No. 28168.**

Court of Criminal Appeals of Texas.
March 14, 1956.

**Ex parte Jack PHARES.**

**No. 28240.**

Court of Criminal Appeals of Texas.

March 14, 1956.

No attorney on appeal for appellant.

Joe L. Cox, Dist. Atty., Plainview, Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

This appeal must be dismissed for the same reason which required dismissal in Ex parte Phares, Tex.Cr.App., 287 S.W.2d 950, appellant having been released upon bond in the reduced amount of $1500 set by the district judge upon a felony charge by complaint.

The appeal is dismissed.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Unlawfully possessing intoxicating liquor for sale in a dry area is the offense; the punishment, a fine of $150 and confinement in jail for six months.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.